

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 10 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-1079                                    DATE: 4/9/2015
    COA #: 12-14-00320-CV       TC#: 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
STYLE:  ELLIOTT WILLIAMS
   v.  TEXAS DEPARTMENT OF CRIMINAL JUSTICE

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702